# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terry Lee Hill,<br><br>    Plaintiff,<br><br>    v.<br><br>Kilolo Kijakazi,<br><br>    Defendant. | Case No. CV 22-03347-SK<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of FIVE THOUSAND EIGHT-HUNDRED DOLLARS and 00/100 ($5,800.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 12/5/2023

_____
HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE